UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

DEC 03 1997

MICHAEL N. MILBY, Clerk

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

DEC - 3 1997

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RESIDENTS OPPOSING PIGS AND LIVESTOCK, | § § § § | |
| Plaintiff, | § | |
| v. | § § | |
| TEXAS A&M UNIVERSITY, RAY M. BOWEN, ITS PRESIDENT AND THE BOARD OF REGENTS OF TEXAS A&M UNIVERSITY, NAN WEST, JOHN H. LINDSEY, MICHAEL O'CONNOR, ROBERT H. ALLEN, ALLISON BRISCO, DON POWELL, GUADALUPE L. RANGEL AND ROYCE E. WISENBAKER, | § § § § § § § § § § § | CIVIL ACTION NO. H-95-4113 |
| Defendants. | § | |

## FINAL JUDGMENT

ON THIS DAY came on to be heard the parties, Plaintiff Residents Opposing Pigs and Livestock ("ROPL"), on behalf of itself and its individual members, and Defendants Texas A&M University, Ray M. Bowen, its President and the Board of Regents of Texas A&M University, Mary Nan West, John H. Lindsey, Michael O'Connor, Robert H. Allen, Allison Brisco, Don Powell, Guadalupe L. Rangel and Royce E. Wisenbaker, and moved the Court as follows:

1. To reduce the Order of Dismissal entered herein by the Court on September 11, 1997, to Final Judgment; and

2. To dismiss with prejudice all claims against all Defendants remaining after entry of the September 11, 1997 Order of Dismissal that have been asserted in this cause by Plaintiff ROPL on its behalf and on behalf of its individual members.

And the Court having considered the agreed motion, does hereby ORDER, ADJUDGE and DECREE as follows:

1. The Order of Dismissal entered by the Court on September 11, 1997, is hereby incorporated herein by reference as if set forth in full and shall be entered by the Clerk of the Court as a Final Judgment;

2. All remaining claims asserted herein by Plaintiff ROPL, on its behalf and on behalf of its individual members, shall be and hereby are dismissed with prejudice;

3. Plaintiff ROPL, on its behalf and on behalf of all its individual members, shall take nothing in this cause; and

4. All relief not expressly granted herein is hereby denied.

The parties having further agreed, and the Court having considered this agreement hereby ORDERS that the dismissal with prejudice of all remaining claims, as set forth in Paragraph 2 above, shall not be appealed by any party hereto.

So ORDERED this 3d day of December, 1997.

_____
JUDGE PRESIDING

Final Judgment - Page 2

ClibPDF - www.fastio.com

APPROVED AS TO FORM ~~AND SUBSTANCE, EXCEPT FOR THOSE SECTIONS RELATING TO THE SEPTEMBER 11, 1997 DISMISSAL ORDER WHICH ARE ONLY APPROVED AS TO FORM:~~ AND SUBSTANCE, EXCEPT AS TO PARAGRAPH 1 AND PARAGRAPH 3 AS IT RELATES TO PARAGRAPH 1.

*[signature]*

ROBERT E. HAGER
Counsel for Plaintiff


APPROVED AS TO FORM AND SUBSTANCE:

*[signature]*

ROLIFF PURRINGTON
Counsel for Defendants


0015743.01
129703/0947

Final Judgment - Page 3